R. M. HOLLINGSHEAD CORP., PETITIONER, v. SAMUEL KRAMER, RESPONDENT.

See same case below: 6 *N. J. Super.* 255.

*Messrs. Slarr, Summerill & Davis* and *Mr. S. P. McCord, Jr.,* for the petitioner.

*Messrs. Lipkin, Neulze & Lipkin* and *Mr. Joseph Lipkin* for the respondent.

April 24, 1950.    Granted.

HUDSON CITY SAVINGS BANK, PLAINTIFF-PETITIONER, v. ELLA L. McCAULEY, ET AL., DEFENDANTS-RESPONDENTS.

*Messrs. Breslin & Breslin* and *Mr. James A. Major* for the petitioner.

*Mr. Joseph V. Cullum* for the respondents.

May 1, 1950.    Denied.